FILED
June 28, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-mj-152 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| Brandon Boswell, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Brandon Boswell   Case No. 2:06-mj-152 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond secured by Real Property

        __ Corporate Surety Bail Bond

    _X_ (Other) CASE DISMISSED ON MOTION OF GOVERMENT

Issued at Sacramento, CA on 6/28/06   at 3:10pm.

By   GREGORY G. HOLLOWS
Gregory G. Hollows
United States Magistrate Judge